CITY OF LOUISVILLE et al., Appellants,

v.

COMMONWEALTH of Kentucky, DIVISION OF UNEMPLOYMENT INSURANCE, et al., Appellees.

Court of Appeals of Kentucky.

May 22, 1959.

S. M. Russell, City Atty., Frances Thompson, Asst. City Atty., Louisville, Harris W. Coleman, Louisville, for appellant.

Paul E. Tierney and Patricia M. Hopkins, Frankfort, Charles Dobbins, County Atty., J. Leonard Walker, U. S. Atty., Morris B. Borowitz, J. Paul Keith, Jr., Louisville, for appellees.

PER CURIAM.

The Jefferson Circuit Court adjudicated the priorities of various tax liens claimed against Greenwell Motors, Incorporated, now in receivership. The City of Louisville and its Sinking Fund Commission have moved for an appeal from that judgment.

Upon examination of the record we find no prejudicial error. The motion for appeal is denied and the judgment is affirmed.